FILED
2009 Oct-09  AM 10:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | | |
|---|---|---|
| **MICHAEL CASTILLO,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| vs. | ) | Case No.  4:08-cv-02010-RBP |
| | ) | |
| **DR. WILLARD MOSIER,** | ) | |
| | ) | |
| **Defendant** | ) | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion entered contemporaneously herewith and Rule 58, Fed.R.Civ.P., it is ORDERED, ADJUDGED and DECREED that the Motion to Dismiss for Failure to Prosecute (Doc. #14) and the Renewed Motion to Dismiss for Failure to Prosecute (Doc. #16) filed by defendant, Dr. Willard Mosier, are due to be and hereby are GRANTED.  This action is DISMISSED WITH PREJUDICE, costs taxed to plaintiff.

DONE this 9th day of October, 2009.

*/s/ Robert B. Propst*

**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**